# Court of Appeals
# of the State of Georgia

ATLANTA,  November 24, 2021

*The Court of Appeals hereby passes the following order:*

## A22A0456. JAMES T. HOLT v. CALVARY SPV I, LLC

In this breach of contract action, the superior court granted Cavalry SPV I, LLC's motion for summary judgment and entered final judgment in its favor in the amount of $8,650.59, and James T. Holt filed this direct appeal. We, however, lack jurisdiction.

Appeals of all actions for damages in which the judgment is $10,000.00 or less must be by application for discretionary appeal. See OCGA § 5-6-35 (a) (6); *Jennings v. Moss*, 235 Ga. App. 357, 357 (509 SE2d 655) (1998). Because Holt did not follow the proper procedure for obtaining appellate review in this case, we lack jurisdiction, and this appeal is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  11/24/2021*

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*